**Order entered October 3, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00324-CV

## LEO BIENATI, THERESA PHAM, CARLOS LACAYO AND ANDRES RUZO, Appellants

## V.

## CLOISTER HOLDINGS, LLC, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-17448**

### ORDER

Appellee is **ORDERED** to file its response, if any, to Appellants' Motion to Review Further Order Pursuant to Rule 29.6, Motion for Leave to File Supplemental Appellants' Brief, & Motion to Reset Oral Argument no later than **October 6, 2022**.

/s/     DENNISE GARCIA
        PRESIDING JUSTICE